IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL A. KRAUSE, #303163 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-209 |
| | § | |
| JUDGE LONNIE COX, ETAL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order of even date herewith, the above-styled action is hereby **DISMISSED** without prejudice, for failure to exhaust state court remedies.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this 29th day of April, 2005.

_____
Samuel B. Kent
United States District Judge